```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/13/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

               Plaintiff,

    - against -

HASOAN ALTO,

               Defendant.

---

**16 Cr. 272 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    A hearing to address Alto's conditions of supervised release is hereby scheduled for June 30, 2023, at 10:00 a.m. in courtroom 15B, 500 Pearl Street, New York, NY.

**SO ORDERED.**

Dated:    13 June 2023
            New York, New York

                                      _____
                                          Victor Marrero
                                             U.S.D.J.