USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/27/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

                Plaintiff,

      - against -

HASOAN ALTO,

                Defendant.

**16 Cr. 272 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The hearing scheduled for June 30, 2023 is hereby adjourned to July 21, 2023 at 2:30 p.m.

**SO ORDERED.**

Dated:    27 June 2023
            New York, New York

                                          _____
                                            Victor Marrero
                                              U.S.D.J.