**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

                Plaintiff,

    - against -

HASOAN ALTO,

                Defendant.

---

**16 Cr. 272 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    It is hereby ordered that Gary G. Becker of Gary G. Becker, L.L.C., appointed to represent the defendant in the above-captioned matter, is substituted, and the representation of the defendant is assigned to C.J.A. attorney Eric R. Breslin of Duane Morris LLP, as of July 21, 2023.

**SO ORDERED.**

Dated:    24 July 2023
            New York, New York

                                        _____
                                          Victor Marrero
                                              U.S.D.J.